**FILED & ENTERED**

**OCT 31 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY gonzalez  DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>URBAN COMMONS LLC AND<br><br>                               Debtor(s). | CASE NO.:   2:21-bk-13523-WB<br>ADV NO.:    2:23-ap-01254-WB<br><br>CHAPTER 7 |
| CAROLYN A DYE,<br><br>                    Plaintiff(s),<br><br>vs.<br><br>JOSEPH FAN<br><br>                    Defendant(s). | **ORDER SETTING STATUS CONFERENCE**<br><br>Date:    January 9, 2024<br>Time:    2:00 PM<br>Place:   255 E. Temple Street<br>         Courtroom 1375<br>         Los Angeles, CA 90012 |

**IT IS HEREBY ORDERED** that a status conference in the above-referenced adversary proceeding is set for **January 9, 2024 at 2:00 p.m.** A status report must be filed in accordance with the Local Bankruptcy Rules.

###

Date: October 31, 2023

Julia W. Brand
United States Bankruptcy Judge