LEONARD PEÑA (State Bar No. 192898)
lpena@penalaw.com
PEÑA & SOMA, APC
402 South Marengo Ave.
Pasadena, California 91101
Telephone (626) 396-4000
Facsimile (626) 498-8875

Counsel for Plaintiff,
Carolyn A. Dye, Chapter 7 Trustee

**FILED & ENTERED**

**AUG 26 2024**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY gonzalez  DEPUTY CLERK**

**CHANGES MADE BY COURT**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>URBAN COMMONS, LLC<br><br>CAROLYN A. DYE, Chapter 7 Trustee,<br><br>    Plaintiff,<br><br>v.<br><br>JOSEPH FAN, an individual,<br><br>    Defendant. | Case No. 2:21-bk-13523 WB<br>Chapter 7<br><br>Adv. No. 2:23-ap-01254 WB<br><br>ORDER APPROVING STIPULATION EXTENDING DISCOVERY DEADLINE AND CONTINUING PRETRIAL CONFERENCE<br><br><u>Pretrial Conference Hearing</u>:<br>Date:  October 1, 2024<br>Time:  2:00 PM<br>Place: 255 E. Temple St.<br>       Los Angeles CA 90012<br>Ctrm:  1375 |

The Stipulation By Plaintiff Carolyn A. Dye, Chapter 7 Trustee and Defendant Joseph Fan extending the discovery deadline and continuing pretrial conference ("Stipulation") filed on August 24, 2024 as docket number 19 was duly presented to the court.

/ / /

-1-

For good cause appearing, it is ORDERED that, the Stipulation and all its terms are approved, the discovery deadline is extended to and including October 31, 2024 and the pretrial conference is rescheduled to **November 5**, 2024 *at 2:00 p.m*. *The hearing set for October 1, 2024 at 2:00 p.m. is off calendar.*

###

Date: August 26, 2024

/s/ Julia W. Brand
Julia W. Brand
United States Bankruptcy Judge