1  LEONARD PEÑA (State Bar No. 192898)
   lpena@penalaw.com
2  PEÑA & SOMA, APC
3  479 South Marengo Ave.
   Pasadena, California 91101
4  Telephone (626) 396-4000
   Facsimile (626) 498-8875
5
6  Counsel for
   Plaintiff Carolyn A. Dye
7

**FILED & ENTERED**

**JAN 06 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY gonzalez DEPUTY CLERK**

**CHANGES MADE BY COURT**

8              UNITED STATES DISTRICT COURT
9             CENTRAL DISTRICT OF CALIFORNIA
10                 LOS ANGELES DIVISION
11
12  In re:                        ) Case No. 2:21-bk-13523 WB
                                  ) Chapter 7
13  URBAN COMMONS, LLC            )
                                  )
14  ─────────────────────────     )
                                  ) Adv. No. 2:23-ap-01254 WB
15  CAROLYN A. DYE, Chapter 7     )
    Trustee,                      ) ORDER APPROVING STIPULATION
16                                ) EXTENDING DISCOVERY DEADLINE
           Plaintiff,             ) AND CONTINUING PRETRIAL
17                                ) CONFERENCE
18  v.                            )
                                  ) Pretrial Conference Hearing:
                                  ) Date:  January 7, 2025
19  JOSEPH FAN                    ) Time:  2:00 PM
                                  ) Place: 255 E. Temple St.
20         Defendant.             )        Los Angeles CA 90012
21                                ) Ctrm:  1375
                                  )
22  ─────────────────────────
23       The Stipulation By Plaintiff Carolyn A. Dye, Chapter 7
24  Trustee and Defendant Joseph Fan extending the discovery
25  deadlines continuing pretrial conference ("Stipulation") filed
26  on January 3, 2025 [Doc. 25] was duly presented to the court.
27       For good cause appearing, it is ORDERED that, the
28  Stipulation and all its terms are approved, the discovery

-1-

deadline is extended to and including March 31, 2025 and the pretrial conference is rescheduled to **_April 22_**, 2025 at **_2:00 p.m_**. **_The hearing set for January 7, 2025 at 2:00 p.m. is off calendar._**

###

Date: January 6, 2025

*/s/ Julia W Brand*
Julia W. Brand
United States Bankruptcy Judge