1  LEONARD PEÑA (State Bar No. 192898)
   PEÑA & SOMA, APC
2  lpena@penalaw.com
3  1003 Diamond Ave., Suite 202
   South Pasadena, California 91030
4  Telephone 626-396-4000
   Facsimile 626-498-8875
5
6  Attorneys for Plaintiff
   Carolyn A. Dye, Chapter 7 Trustee
7

8               UNITED STATES BANKRUPTCY COURT

9                CENTRAL DISTRICT OF CALIFORNIA

10                    LOS ANGELES DIVISION

11

12 | In re:                              | Case No.: 2: 21-bk-13523 WB
13 | URBAN COMMONS, LLC,                 | Chapter 7
14 |           Debtor.                   |
15 |                                     | Adv. No.: 2:23-ap-01254 WB
16 | CAROLYN A. DYE, Chapter 7 Trustee,  | STIPULATION FOR VOLUNTARY
                                          DISMISSAL OF ADVERSARY
17 |                                     | PROCEEDING
   |           Plaintiff,                |
18 |      v.                             | Pretrial Conference
                                          DATE: July 8, 2025
19 | JOSEPH FAN                          | TIME: 2:00 P.M.
                                          COURTROOM: 1375
20 |           Defendant.                | ADDRESS: 255 E. Temple St.
                                          Los Angeles, CA 90012
21

22      In accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii), made
23 applicable to this Adversary Proceeding by Fed. R. Bankr. P.
24 7041, Plaintiff Carolyn A. Dye, Chapter 7 Trustee and Joseph Fan
25 by and through their respective counsel, pursuant to the Court
26 order approving the settlement agreement between the parties
27 they stipulate that this Adversary Proceeding is dismissed with
28 prejudice, with each party bearing its own costs and attorneys'

                                1

fees. The parties request that the Clerk of the Court mark the Adversary Proceeding as "Closed."

SO STIPULATED

Dated: July 3, 2025

PEÑA & SOMA, APC

By: _____
LEONARD PEÑA
Attorneys for Plaintiff

Dated: July 3, 2025

PACHULSKI STANG ZIEHL & JONES LLP

By: _____
JEFFREY P. NOLAN
Attorneys for Defendant

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1003 Diamond Ave., Suite 202, South Pasadena, California 91030

A true and correct copy of the foregoing document entitled (*specify*): Stipulation By Carolyn A Dye and Joseph Fan For Voluntary Dismissal Of Adversary Proceeding with proof of service
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 7/8/2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
**Carolyn A Dye (TR)** trustee@cadye.com, c197@ecfcbis.com;atty@cadye.com
**Jeffrey P Nolan** on behalf of Defendant jnolan@pszjlaw.com
**Leonard Pena** on behalf of Plaintiff Carolyn A. Dye
lpena@penalaw.com, penasomaecf@gmail.com;penalr72746@notify.bestcase.com
**United States Trustee (LA)** ustpregion16.la.ecf@usdoj.gov     ☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 7/8/2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
Hon. Julia W. Brand
United States Bankruptcy Court, Suite 1382
255 E. Temple Street, Suite 1360
Los Angeles, CA 90012

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 7/8/2025 | NOEMI SANDOVAL | /S/ NOEMI SANDOVAL |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012     F 9013-3.1.PROOF.SERVICE